O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-3800 AHM (AJWx) | Date | December 3, 2008 |
|---|---|---|---|
| Title | BIG SCREEN ENTERTAINMENT GROUP INC v. DAVIS | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

     The Court DENIES Defendant's Ex Parte Application for Order Vacating Final Judgment on Consent,[1] on procedural grounds and on the merits. Defendant has not established any reasons for proceeding *ex parte* rather than by way of noticed motion. *See Mission Power Engineering Co. v. Continental Cas. Co.*, 883 F.Supp. 488, 492 (C.D. Cal. 1995). On the merits, Defendant has not established that the consent judgment is *void ab initio* by virtue of the Court's having inserted a jurisdictional provision into the proposed consent judgment prior to approving it. Nor has Defendant demonstrated that Plaintiff has breached the parties' settlement agreement that was incorporated into the consent judgment.

                                                                                  :

Initials of Preparer       RJ

---

[1] Dockets No. 241, 242, 243, 244.