O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 06-3800 AHM (AJWx) | | Date | April 15, 2009 |
|---|---|---|---|---|
| Title | BIG SCREEN ENTERTAINMENT GROUP INC v. DAVIS | | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

The Court DENIES with prejudice the following three motions filed by Defendant: (1) motion for "Reconsideration to Vacate Final Consent Order of March 11, 2009 all Orders" filed on March 23, 2009; (2) "Motion to Vacate Final Judgment Per FRCP 60(b)" filed on March 26, 2009; and (3) "Reconsideration Motion to Vacate Final Consent Order and All Rulings in the Matter" filed on April 1, 2009.[1]

The March 26, 2009 motion, to which Plaintiff filed an opposition, and the April 1, 2009 motion are essentially identical. In both, Davis challenges the final consent judgment on the ground that he has just discovered new evidence supposedly showing that the Chief Executive Officer of Big Screen Entertainment committed perjury because she has been using the name Kimberley Kates when her legal name is Kimberley Dawn Lebel.

These motions are untimely because they were filed more than one year after the entry of the final consent judgment. *See* Fed. R. Civ. P. 60(c). The motions also are without any merit. Davis offers no evidence that Kates misrepresented her identity. It is not perjurious to use two names. Davis himself has known that the two names are used by the same woman, since he named "Kimberley Lebel Kates" as a cross-defendant in this case. In her sworn declaration, Kates avers that Lebel is her childhood surname while Kimberley Kates is the name she has used professionally for over twenty years. Because Davis lacked any factual basis for his allegations of perjury, and no good faith

---

[1]Dockets No. 259, 260, 262.

O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 06-3800 AHM (AJWx) | Date | April 15, 2009 |
| Title | BIG SCREEN ENTERTAINMENT GROUP INC v. DAVIS | | |

basis to claim (even implicitly) that he was injured by this non-issue of the C.E.O.'s name, the motion is utterly frivolous.

No hearing is necessary.  Fed. R. Civ. P. 78; L. R. 7-15.

_____ : _____

Initials of Preparer       se