O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV2006-03800-AHM(AJW) | Date | August 17, 2009 |
|---|---|---|---|
| Title | BIG SCREEN ENTERTAINMENT GROUP INC. v DAVIS | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael A. Gardiner<br>Nicholas Browning, Sr. | No Appearance |

**Proceedings:**  Plaintiff's Motion for Contempt Against B.J. Davis [273] (evidentiary)

Cause called; appearances made.  No appearance by defendant B.J. Davis.

Witness called, sworn, and testifies.  Exhibit identified and admitted.

For reasons stated on the record, the Court grants plaintiff's motion for contempt. Order to issue.  Plaintiff is to submit a revised proposed order of contempt.

|  | : | 22 |
|---|---|---|
| | Initials of Preparer | SMO |