1
2
3
4  NOTE: CHANGES HAVE BEEN
5  MADE TO THIS DOCUMENT
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| BIG SCREEN ENTERTAINMENT, INC., | Case No. CV 06-3800 AHM (AJWx) |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] **ORDER OF CONTEMPT** |
| B.J. DAVIS, | |
| Defendant. | |

On June 30, 2009, Plaintiff, BIG SCREEN ENTERTAINMENT GROUP, INC. ("BSEG") filed its motion to hold Defendant B.J. DAVIS ("DAVIS") in contempt (Docket No. 273) for violation of the March 13, 2008 Final Judgment on Consent ("Final Judgment" and the "Contempt Motion"). Pursuant to the Court's Order of August 4, 2009 (Docket No. 284), the Contempt Motion came on for hearing on August 17, 2009 at 10:00 a.m.. Plaintiff, BSEG appeared through counsel, Nicholas Browning III and Michael A. Gardiner. Defendant, B.J. Davis failed to appear.

ORDER OF CONTEMPT

Upon considering Plaintiff's Contempt Motion, including the Declaration of Kimberley Kates in support thereof, the Opposition of DAVIS filed on July 17, 2009, the Reply Brief and Declaration of Michael A. Gardiner in support thereof filed on July 20, 2009, the Declaration and Exhibits filed by Davis on July 24, 2009 and the Defendant's Supplemental Response in Support of Opposition to Plaintiffs' Motion filed on or about August 12, 2009, and following the hearing of this matter on August 17, 2009 including the testimony of Kimberley Kates and the Exhibit marked as Court Exhibit A, and for the reasons more fully stated in this Court's August 18, 2009 Order (Docket No. 287),

IT IS HEREBY ORDERED, as follows:

1. DAVIS is hereby held in Contempt of court for violation of the Final Judgment.

2. DAVIS shall, within seven (7) days of the entry of this Order of Contempt, execute and file with the Nevada Secretary of State a "Certificate of Dissolution" in the form attached hereto as Exhibit "A" for (a) Big Screen Entertainment Group, Inc." and (b) another such certificate for "Beverly Hills Film Studios, Inc." and shall file with the Court and serve on Michael A. Gardiner, counsel for BSEG herein, copies of those Certificates of Dissolution together with a Declaration certifying his compliance with this paragraph 2.  DAVIS shall file both Certificates of Dissolution (for "Big Screen Entertainment Group, Inc." and for "Beverly Hills Film Studios, Inc.") on what the Customer Order Instructions provide as the "24-hour Expedite Basis" and shall pay all filing and expedite fees associated with the filing and the expedite service.

3. If DAVIS fails to timely comply with the foregoing provisions, or either of them, DAVIS shall be fined the sum of $1,000.00 per day for each day thereafter until he so complies. If DAVIS fails to comply, BSEG shall file and serve on DAVIS (by Mail) a Notice of Non-compliance.  All fines pursuant to this Paragraph shall

1 continue to accrue until DAVIS has fully complied with all of the provisions of this
2 Contempt Order.

3     4.     If DAVIS fails to comply with the provisions of Paragraph 2 and then
4 fails to comply with Paragraph 3 and his failure to comply with Paragraph 3
5 continues for ten (10) days, BSEG shall file and serve on DAVIS (by Mail) a "Notice
6 of Non-compliance and Failure to Pay Fine," and BSEG shall establish such Non-
7 compliance by filing a sworn declaration.  At that point, the Court will issue an Order
8 to Show Cause to DAVIS requiring him to show cause within 48 hours why a
9 Warrant for his arrest and coercive incarceration should not be issued.

10     5.     IT IS FURTHER ORDERED that the Clerk of this Court shall serve this
11 Order of Contempt on DAVIS by electronic service via PACER and that BSEG shall
12 make further service of this Order of Contempt on DAVIS by first class mail at 9903
13 Santa Monica Blvd Suite 342, Beverly Hills, CA  90212, the address provided by
14 DAVIS to this Court.

18 DATED: August 21, 2009  _____
19                                   Hon. A. Howard Matz
                                   Judge of the U.S. District Court

**Exhibit "A"**



ROSS MILLER
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684 5708
Website: www.nvsos.gov

# Certificate of Dissolution
(PURSUANT TO NRS 78.580)

USE BLACK INK ONLY - DO NOT HIGHLIGHT                                      ABOVE SPACE IS FOR OFFICE USE ONLY

### Certificate of Dissolution
### For a Nevada Profit Corporation
### Before or After Issuance of Stock and After Beginning of Business
### (Pursuant to NRS 78.580)

1. Name of corporation:


2. The resolution to dissolve said corporation has been approved by the directors or both the directors and stockholders as provided in NRS 78.580(1) and (2). The names and addresses of the **president, secretary, treasurer and all directors\*** are:

Name of **president**                    Address

Name of **secretary**                    Address

Name of **treasurer**                    Address

Name of **director**                     Address

Name of **additional director, if any**  Address

3. Effective date of dissolution: (optional)

(must not be later than 90 days after the certificate is filed)

4. Signature: (required)

X _____
Signature of Officer                                              Date

\*attach a plain 8 1/2" x 11" sheet to list additional directors.

**FILING FEE: $75.00**

**IMPORTANT:** Failure to include any of the above information and submit with the proper fees may cause this filing to be rejected.

*This form must be accompanied by appropriate fees.*                Nevada Secretary of State Dissolution Profit-After
                                                                    Revised: 3-6-09



**ROSS MILLER**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684 5708
Website: www.nvsos.gov

# Customer Order Instructions

SUBMIT THIS COMPLETED FORM WITH YOUR FILING                USE BLACK INK ONLY - DO NOT HIGHLIGHT

Processing Service Requested:  ☐ Regular    ☐ 24-Hour Expedite (additional fee included)

Name of Entity:                                             Date:

Return to:

Contact Name:                            Phone:

**Return Delivery:** (email or fax options do not receive a copy via mail; must be ordered separately)

☐ Email to:                              ☐ Fax to:

☐ Hold for Pick Up    ☐ Mail to Address Above    ☐ FedEx: Acct #

☐ Other: (explain below)

Order Description: (include items being ordered and fee breakdown)*

*PLEASE NOTE: this office keeps the original paperwork. The first file stamped copy ordered at the time of filing is at no charge. Each additional copy is $2.00 per page (plus $30.00 for each certification).

Total Amount:

Method of Payment:

☐ Check/Money Order   ☐ eCheck/Credit Card (attach checklist)   ☐ Trust Account:

☐ Use balance remaining in job #

Nevada Secretary of State Customer Order Instructions
Revised: 9-26-08



ROSS MILLER
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
Phone: (775) 684 5708
Website: www.nvsos.gov

**24-hour, 2-hour and 1-hour Expedite Service Guidelines**

*IMPORTANT: To ensure expedited service, please mark "Expedite" in a conspicuous place at the top of the service request. Please indicate method of delivery.*

## 24-HOUR EXPEDITE SERVICE

The Secretary of State offers a 24-hour expedite service on most filings processed by this office. If you choose to utilize this service, please enclose with your filing the additional expedite fee. Please note that this expedite fee is in addition to the standard fee charged on each filing and/or order. Check the 24-hour expedite box on your customer order instruction form. If not using our order form, state clearly in your cover letter that you are requesting 24-hour expedited service, include your telephone number and return information. Attach the order form or cover sheet to the *top* of your filing and submit to this office. Each filing will be returned by U.S.P.S. regular mail unless other arrangements are made. This office *does not* fax confirmation of a 24-hour expedite.

The fee for 24-hour handling ranges from $25.00 to $125.00. Please consult our fee schedules for the appropriate 24-hour expedite fee. If you require assistance, please contact this office.

**Time Constraints:** Each filing submitted receives same day filing date and may be picked up within 24-hours. Filings to be mailed the next business day if received by 2:00 pm of receipt date and no later than the 2nd business day if received after 2:00 pm. Expedite period begins when filing or service request is received in this office in fileable form.

## 2-HOUR EXPEDITE SERVICE

The Secretary of State offers a 2-hour expedite service on most filings processed by this office. If you choose to utilize the 2-hour expedite service, please enclose with your filing an additional $500.00 per filing and/or order. Please note that this expedite fee is in addition to the standard fee charged on each filing and/or order. Complete and submit the 2-hour customer order instruction form. If not using our order form, state clearly in your cover letter that you are requesting 2-hour expedited service and include your telephone number and return information. Attach the order form or cover sheet to the *top* of your filing and submit to this office. Each filing will be returned by U.S.P.S. regular mail unless other arrangements are made.

## 1-HOUR EXPEDITE SERVICE

The Secretary of State offers a 1-hour expedite service on most filings processed by this office. If you choose to utilize the 1-hour expedite service, please enclose with your filing an additional $1000.00 per filing and/or order. Please note that this expedite fee is in addition to the standard fee charged on each filing and/or order. Complete and submit the 1-hour customer order instruction form. If not using our order form, state clearly in your cover letter that you are requesting 1-hour expedited service and include your telephone number and return information. Attach the order form or cover sheet to the *top* of your filing and submit to this office. Each filing will be returned by U.S.P.S. regular mail unless other arrangements are made.

**1-Hour and 2-Hour Time Constraints:** Each filing submitted for either 1-hour or 2-hour expedite receives same day filing date and will be acknowledged by fax or e-mail within expedite service time. Failure to indicate method of acknowledgement (fax or e-mail) or to provide a correct fax number or e-mail address may prevent the Secretary of State from acknowledging the filing of such documents. Filings may be picked up within the expedite service period. Filings to be mailed will be mailed out no later than the next business day following receipt. Expedite period begins when filing or service request is received in this office in fileable form.

**The Secretary of State reserves the right to extend the expedite period in times of extreme volume, staff shortages or equipment malfunction. These extensions are few and will rarely extend more than a few hours.**



ROSS MILLER
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684 5708
Website: www.nvsos.gov

# ePayment Checklist
(For Counter, Fax and Mail Requests)

USE BLACK INK ONLY - DO NOT HIGHLIGHT

Service Type:    Counter [ ]    Mail [ ]    Fax [ ]

Order Processing Requested:    (Expedite Processing *Requires* Additional Fees)
Regular Processing [ ]    24-HOUR Expedite [ ]    2-HOUR Expedite [ ]    1-HOUR Expedite [ ]

## Payment by Electronic Check *(account holder name and address required below)*

Account Type:
[ ] Checking
[ ] Savings

Routing Number: [          ]
Account Number: [          ]

eCheck

Amount of Electronic Check: USD $ [    ]

## Payment by Card *(card holder name and billing address required below)*

Card Type:    VISA [ ]    MasterCard [ ]    Discover [ ]    American Express [ ]

Customer Credit Card Number: [          ]    V CODE* [   ]

\* 3-digit number found on the far right of the backside of VISA, MasterCard and Discover cards
4-digit number found on the front right side of American Express card.

**NOTICE:** *For security and verification purposes, all credit card payments must include the 3 or 4-digit CVV2 code (VCode) number located on the credit card. Failure to include this code will result in the rejection of your filing or service request.*

Credit Card Expiration Date:    Month [      ]    Year [      ]

Amount to Charge Card: USD $ [    ]

## Order Information *(required)*

Entity Name/Order Reference: [                              ]

**Account/Card Holder Information:**

Name as it Appears on the Account [                    ]
Billing Address [                    ]
City, State, Zip [                    ]
Telephone [                    ]

## Payment Authorization

I authorize the Secretary of State to bill an amount not to exceed the following to be charged to the above listed account(s):

X _____    Not to Exceed Amount: USD $ [    ]
**Authorized Signature**

Nevada Secretary of State ePayment Checklist
Revised: 2-9-09



**ROSS MILLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684 5708
Website: www.nvsos.gov

# Filing Instructions for the Amendments Division

IMPORTANT: READ ALL INSTRUCTIONS CAREFULLY BEFORE COMPLETING FORM.

Dear Customer: We value your patronage and desire to provide you the best service possible. In an effort to facilitate your filing we would appreciate your taking a moment to read the following before submitting your document. Failure to include any of the information required on the form may cause the filing to be rejected.
-Thank you-

1.) One file stamped copy of the filing will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

2.) If paying for expedite service, include the word "EXPEDITE" in your correspondence.

3.) Verify filing is submitted on the correct form prescribed by the Secretary of State.

4.) Forms must include appropriate signatures as required.

5.) If applicable, include the appropriate names and addresses as requested on the form.

6.) If adding new managers or general partners, their names and addresses must be set forth.

7.) Documents must reflect the complete name of the entity as registered with the Secretary of State.

8.) Attach all pages that are referenced as attachments.

9.) All documents must be legible for filming and/or scanning.

10.) If filing restated articles (containing newly amended articles, deletions or additions), provide a form prescribed by the Secretary of State indicating which articles have been amended, deleted or added. Furthermore, *the articles must contain the necessary amendment language as required by the statutes* governing amendments for that type of business entity.

11.) Verify that the status of the entity is not revoked. Verification may be made by visiting our Web site at www.nvsos.gov or calling this office.

12.) The correct filing date must be provided when required.

13.) All required information must be completed and appropriate boxes checked or filing will be rejected.

14.) Please contact this office for assistance if you are unsure of the filing fee for your document.

All forms may be downloaded from our Web site www.nvsos.gov. The Nevada Revised Statutes may be obtained at http://www.leg.state.nv.us/NRS.

Filing may be submitted at the office of the Secretary of State or by mail at the following addresses:

**MAIN OFFICE:**
*Regular and Expedited Filings*

**SATELLITE OFFICES:**
*Expedited Filings Only*

| Secretary of State<br>Amendments Division<br>204 North Carson Street, Suite 1<br>Carson City NV 89701-4520<br>Phone: 775-684-5708<br>Fax: 775-684-5731 | Secretary of State – Las Vegas<br>Commercial Recordings Division<br>555 East Washington Ave, Suite 5200<br>Las Vegas NV 89101<br>Phone: 702-486-2880<br>Fax: 702-486-2888 | Secretary of State - Reno<br>Commercial Recordings Division<br>1755 East Plumb Lane, Suite 231<br>Reno NV 89502<br>Phone: 775-688-1257<br>Fax: 775-688-1858 |

Nevada Secretary of State AM Instructions
Revised on: 3-5-09



ROSS MILLER
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
Phone: (775) 684 5708
Website: www.nvsos.gov

## Profit Corporation Fee Schedule
## Effective 7-1-08
**Page 1**

**PROFIT CORPORATIONS INITIAL FILING FEE :** Pursuant to NRS 78, 80, 78A, and 89 Domestic and Foreign Corporations, Close Corporations and Professional Corporations.

Fees are based on the value of the total number of authorized shares stated in the Articles of Incorporation as prescribed by NRS 78.760:

| $75,000 or less | $75.00 |
|---|---|
| over $75,000 and not over $200,000 | $175.00 |
| over $200,000 and not over $500,000 | $275.00 |
| over $500,000 and not over $1,000,000 | $375.00 |
| **OVER $1,000,000** | |
| For the first $1,000,000 | $375.00 |
| For each additional $500,000 - or fraction thereof | $275.00 |
| Maximum fee | $35,000.00 |

For the purpose of computing the filing fee, the value (capital) represented by the total number of shares authorized in the Articles of Incorporation is determined by computing the:

A. total authorized shares multiplied by their par value or;
B. total authorized shares without par value multiplied by $1.00 or;
C. the sum of (a) and (b) above if both par and no par shares.

*Filing fees are calculated on a minimum par value of one-tenth of a cent (.001), regardless if the stated par value is less.*

**The 24-hour expedite fee for Articles of Incorporation for any of the above entities is $125.00 in addition to the filing fee based upon stock.**

**The 2-hour expedite fee is $500.00 in addition to the filing fee based upon stock.**

**The 1-hour expedite fee is $1000.00 in addition to the filing fee based upon stock.**

*PLEASE NOTE: the expedite fee is in addition to the standard filing fee charged on each filing and/or order.*

### 24-HOUR EXPEDITE TIME CONSTRAINTS:

Each filing submitted receives same day filing date and may be picked up within 24-hours. Filings to be mailed the next business day if received by 2:00 pm of receipt date and no later than the 2nd business day if received after 2:00 pm.

Expedite period begins when filing or service request is received in this office in fileable form.

The Secretary of State reserves the right to extend the expedite period in times of extreme volume, staff shortages, or equipment malfunction. These extensions are few and will rarely extend more than a few hours.



ROSS MILLER
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
Phone: (775) 684 5708
Website: www.nvsos.gov

# Profit Corporation Fee Schedule
# Effective 7-1-08
**Page 2**

## OTHER PROFIT CORPORATION FEES:

| | |
|---|---|
| Articles of Association pursuant to NRS 89.210 (Professional Association) | $75.00 |
| Reinstatement Fee | $300.00 |
| Certificate of Amendment, minimum fee* | $175.00 |
| Certificate pursuant to NRS 78.209 (stock split), minimum fee* | $175.00 |
| Certificate pursuant to NRS 78.1955 (stock designation) | $175.00 |
| Amendment to Certificate pursuant NRS 78.1955 (stock designation) | $175.00 |
| Amendment of Modified Name | $175.00 |
| Restated Articles, minimum fee* | $175.00 |
| Certificate of Correction, minimum fee* | $175.00 |
| Certificate of Termination (includes filings pursuant to NRS 78.209, 78.380 and 78.390) | $175.00 |
| Termination Pursuant to NRS 92A | $350.00 |
| Articles of Merger* or Exchange | $350.00 |
| Dissolution of Corporation | $75.00 |
| Withdrawal of Foreign Corporation | $75.00 |
| Preclearance of any Document | $125.00 |
| Articles of Conversion; Articles of Domestication – contact office for fee information | |
| Revival of Corporation – contact office for fee information | |
| **24-Hour Expedite fee for above filings** | **$125.00** |
| | |
| Change of Noncommercial Registered Agent | $60.00 |
| Change of Registered Agent by Represented Entity | $60.00 |
| Resignation of Director or Officer | $75.00 |
| Resignation of Registered Agent (plus $1.00 for each additional entity listed) | $100.00 |
| Name Reservation (Online Name Reservation - $50.00) | $25.00 |
| **24-Hour Expedite fee for above filings** | **$25.00** |
| | |
| Apostille | $20.00 |
| Ceremonial Charter | $100.00 |
| Certificate of Good Standing | $50.00 |
| Ceremonial Certificate of Good Standing | $100.00 |
| Initial List of Officers and Directors | $125.00 |
| Annual or Amended List of Officers and Directors | See Annual List Fee Schedule |
| Annual List of Officers and Directors (Professional Association) | $125.00 |
| **24-Hour Expedite fee for above filings** | **$75.00** |
| | |
| Certification of Documents – per certification | $30.00 |
| Copies – per page | $2.00 |
| Late Fee for List of Officers | $75.00 |

*Fee will be higher if stock is increased a significant amount, according to the initial filing fee schedule on page 1 of the profit corporation fee schedule. Maximum fee for an increase in stock is $35,000.00.

**2-Hour Expedite is available on all of the above filings at the fee of $500.00 per item.**

**1-Hour Expedite is available on all of the above filings at the fee of $1000.00 per item.**

*PLEASE NOTE: the expedite fee is in addition to the standard filing fee charged on each filing and/or order.*

**24-HOUR EXPEDITE TIME CONSTRAINTS:** Each filing submitted receives same day filing date and may be picked up within 24-hours. Filings to be mailed the next business day if received by 2:00 pm of receipt date and no later than the 2nd business day if received after 2:00 pm. Expedite period begins when filing or service request is received in this office in fileable form. The Secretary of State reserves the right to extend the expedite period in times of extreme volume, staff shortages, or equipment malfunction. These extensions are few and will rarely extend more than a few hours.