O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-3800 AHM (AJWx) | Date | September 15, 2009 |
|---|---|---|---|
| Title | BIG SCREEN ENTERTAINMENT GROUP INC v. DAVIS | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

    BJ Davis has filed a document entitled "Response to Contempt Response and Order of Contempt Written by Michael A. Gardiner Former Attorney for Salvatore Bill Bonanno, Michael R. Saquella aka Paloma and Signed by Judge A Howard Matz, Points and Authorities, Affidavit of BJ Davis in Support, Affidavit of Art Payne in Support." That document does not even mention, much less respond to, the August 21, 2009 Order of Contempt (entered on August 24, 2009), although it does purport to respond to the Court's August 18, 2009 Order. To the extent it does so, Davis has not provided admissible evidence sufficient to refute the findings in that Order or to require that they be modified or withdrawn.

    Accordingly, pursuant to this Court's August 21, 2009 Order holding BJ Davis in contempt, and based on his continued failure to comply with that Order, as demonstrated in Plaintiff's September 1, 2009 and September 11, 2009 filings, this Court ORDERS BJ Davis to show cause in writing by not later than noon September 21, 2009 why a Warrant for his arrest and coercive incarceration should not be issued. A hearing on the issuance of a warrant will be held on September 24, 2009 at 10:00 a.m.

|  | : |  |
|---|---|---|
|  | Initials of Preparer | SMO |