O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-3800 AHM (AJWx) | Date | September 16, 2009 |
|---|---|---|---|
| Title | BIG SCREEN ENTERTAINMENT GROUP INC v. DAVIS | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)


BJ Davis is a pro se defendant.  Pursuant to the rules of this Court, Plaintiff must serve all documents on Defendant in hard-copy format.  The Court will continue to serve Defendant by mail with documents in hard-copy format.  However, for the sake of convenience to him, this Court will also serve copies of orders on Defendant electronically using the email address provided by Defendant (ReelMovies@aol.com).

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |

CC: BJ Davis
ReelMovies@aol.com