O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-3800 AHM (AJWx) | Date | September 29, 2009 |
|---|---|---|---|
| Title | BIG SCREEN ENTERTAINMENT GROUP INC v. DAVIS | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

   The Court having received a document entitled "Notice of Compliance" filed on September 28, 2009 by counsel for the Plaintiff, the Court hereby ORDERS that Defendant BJ Davis be released from custody forthwith.

   This Order does not release Mr. Davis from his legal requirement to comply with the remaining provisions, relating to fines, of paragraph three of the Court's August 21, 2009 Order of Contempt. Nor does it release him from the continuing duties set forth in the March 11, 2008 "Final Judgment on Consent."

   For the purpose of assisting the Bureau of Prisons and the United States Marshal Service, the Remand Order Number corresponding to Mr. Davis's incarceration is D7794.

|   | : |
|---|---|
| Initials of Preparer | SMO |

cc:  **BOP, USMO**