O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-3800 AHM (AJWx) | Date | February 12, 2010 |
|---|---|---|---|
| Title | BIG SCREEN ENTERTAINMENT GROUP INC v. DAVIS | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court has been informed by Plaintiff's counsel that the action that Plaintiff seeks to hold Defendant in contempt for maintaining was voluntarily dismissed by Defendant on January 19, 2010.  *See Davis v. Estate of Salvatore Bonanno*, CV09-1771-JAT (D. Ariz.), Docket Nos. 41 and 42.  Therefore, the Court DENIES AS MOOT Plaintiff's motion to hold Defendant in contempt.[1]  The Court will not welcome repeated efforts by either party to require the Court to exercise further jurisdiction over this matter.

:
Initials of Preparer         SMO

---

[1] Docket No. 336.